**In re: David Loomus CARGILL, Petitioner.**

No. 98–1187.

United States Court of Appeals, Eleventh Circuit.

June 9, 1998.

Stephen C. Bayliss, Georgia Resource Center, Atlanta, GA, for Petitioner.

Paula K. Smith, Asst. Atty. Gen., Atlanta, GA, for Respondent.

Before HATCHETT, Chief Judge, and COX and DUBINA, Circuit Judges.

PER CURIAM:

Petitioner DAVID LOOMUS CARGILL's (1) Application for Permission to File a Second Habeas Corpus Petition in the District Court is DENIED; (2) Request to Treat the Application as a First Habeas Corpus Peti-

tion and Transfer the Petition to the District Court is DENIED; and (3) Motion for Stay of Execution is DENIED.